| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | CHARLES F. PREUSS (State Bar No. 45783)<br>BRENDA N. BUONAIUTO (State Bar No. 173919)<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, California  94105<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>Attorneys for Defendants<br>ORTHO-MCNEIL PHARMACEUTICAL, INC., JOHNSON &<br>JOHNSON, and JOHNSON & JOHNSON PHARMACEUTICAL<br>RESEARCH & DEVELOPMENT, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| JENNIFER BAILEY,<br><br>          Plaintiff,<br><br>     v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL,<br>INC.; JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT, L.L.C.; and Does 1<br>through 50, inclusive,<br><br>          Defendants. | Case No. 4:06-CV-05840-WDB<br><br>**JOINT REQUEST TO VACATE<br>INITIAL STATUS CONFERENCE AND<br>RELATED DEADLINES** |

On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re: Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK.  To date, over 250 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending.  Defendants requested that this action be deemed a "tag-along" and transferred to MDL No. 1742.  On November 7, 2006, the JPML issued Conditional Transfer Order 25 ("CTO-25"), transferring this action to the MDL.  Plaintiff does not opposе and consents to that transfer.

The parties therefore respectfully request that, pending CTO-25 becoming effective and to achieve the judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures), this Court vacate the initial Status Conference, set for December 21, 2006. For these same reasons, the parties further request that the Court relieve the parties of the obligations to submit ADR Certifications on November 30, 2006 and Case Management Statements and Initial Disclosures on December 14, 2006.

Dated: November 22, 2006                    GILLIN, JACOBSON, ELLIS & LARSEN

/s/ Kristin Lucey (as authorized)
KRISTIN LUCEY
Attorneys for Plaintiff
JENNIFER BAILEY

Dated: November 22, 2006                    DRINKER BIDDLE & REATH LLP

/s/ Brenda N. Buonaiuto
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., JOHNSON & JOHNSON, and JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.

GRANTED.

11-27-2006                    /S/ Wayne D. Brazil