A CERTIFIED TRUE COPY

NOV 27 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2006

FILED
CLERK'S OFFICE

FILED
2006 DEC -6 AM 9:27

DOCKET NO. 1742

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-25)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 246 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the Clerk of the Panel and
correct copy of the original on file in my office.
Attest. Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By Jennifer Suwinski
Clerk

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

66

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 2 06-499 | Latasha Moss v. Johnson & Johnson, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-6124 | Evelyn Rodriguez v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAC 5 06-1050 | Esmeralda Sandoval v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-2119 | Rebecca Merino v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 4 06-5840 | Jennifer Bailey v. Othro-McNeil Pharamceutical, Inc., et al. |
| **IDAHO** | |
| ID 1 06-403 | Katy McKellips Braman v. Johnson & Johnson, et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-5289 | Melissa Zydel v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-1425 | Jessica Stanley v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN 0 06-3950 | Judith Renee Williams v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN 0 06-4148 | Annie Callahan v. Johnson & Johnson, et al. |
| MN 0 06-4149 | Vernea Sanders v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ 2 06-4408 | Samantha Dormandy v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-5248 | Lea A. Devins v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE 1 06-5426 | Pauline Phidd v. Johnson & Johnson, et al. |
| NYE 1 06-5439 | Martina Santoli v. Johnson & Johnson, et al. |
| **SOUTH CAROLINA** | |
| SC 3 06-2960 | Carlotta Watson v. Johnson & Johnson, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-3121 | Margaret Lathrop v. Johnson & Johnson, et al. |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED NOV 30 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

November 27, 2006

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Re: MDL-1742 -- In re Ortho Evra Products Liability Litigation

(See Attached CTO-25)

Dear Ms. Smith:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 7, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgem-Stone
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge David A. Katz
     Transferor Judges:    (See Attached List of Judges)
     Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-25)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 246 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #               CASE CAPTION

ALABAMA SOUTHERN
ALS  2    06-499               Latasha Moss v. Johnson & Johnson, et al.

CALIFORNIA CENTRAL
CAC  2    06-6124              Evelyn Rodriguez v. Ortho-McNeil Pharmaceutical, Inc., et al.
CAC  5    06-1050              Esmeralda Sandoval v. Ortho-McNeil Pharmaceutical, Inc., et al.

CALIFORNIA EASTERN
CAE  2    06-2119              Rebecca Merino v. Ortho-McNeil Pharmaceutical, Inc., et al.

CALIFORNIA NORTHERN
CAN  4    06-5840              Jennifer Bailey v. Othro-McNeil Pharamceutical, Inc., et al.

IDAHO
ID   1    06-403               Katy McKellips Braman v. Johnson & Johnson, et al.

ILLINOIS NORTHERN
ILN  1    06-5289              Melissa Zydel v. Ortho-McNeil Pharmaceutical, Inc., et al.

INDIANA SOUTHERN
INS  1    06-1425              Jessica Stanley v. Johnson & Johnson, et al.

MINNESOTA
MN   0    06-3950              Judith Renee Williams v. Ortho-McNeil Pharmaceutical, Inc., et al.
MN   0    06-4148              Annie Callahan v. Johnson & Johnson, et al.
MN   0    06-4149              Vernea Sanders v. Johnson & Johnson, et al.

NEW JERSEY
NJ   2    06-4408              Samantha Dormandy v. Johnson & Johnson, et al.

NEW YORK EASTERN
NYE  1    06-5248              Lea A. Devins v. Ortho-McNeil Pharmaceutical, Inc., et al.
NYE  1    06-5426              Pauline Phidd v. Johnson & Johnson, et al.
NYE  1    06-5439              Martina Santoli v. Johnson & Johnson, et al.

SOUTH CAROLINA
SC   3    06-2960              Carlotta Watson v. Johnson & Johnson, et al.

TEXAS SOUTHERN
TXS 4  06-3121                 Margaret Lathrop v. Johnson & Johnson, et al.

## INVOLVED COUNSEL LIST (CTO-25)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Burg, Simpson, Eldredge, Hersh & Jardine, PC
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

Joseph P.H. Babington
Helmsing Leach Herlong Newman & Rouse
Laclede Building, Suite 2000
P.O. Box 2767
Mobile, AL 36652-2767

Robert K. Beck
Robert K. Beck & Associates
2450 E. 25th Street #A
Idaho Falls, ID 83404

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402-4501

Patrick G. Broderick
Dechert LLP
30 Rockefeller Center
New York, NY 10112-2200

Julie A. Callsen
Tucker Ellis & West, LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Joseph M. Crosby
Crosby Law Firm
952 Grand Avenue
St. Paul, MN 55105

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

John Foley
SimmonsCooper LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

Geoffrey J. Gempeler
Gempeler Law Firm, LLC
118 S. Ridge Street, #4
P.O. Box 1218
Breckenridge, CO 80424

Kenneth Wayne Harrell
Joye Law Firm
Northgate Office Building
5861 Rivers Avenue, Suite 101
Charleston, SC 29406

William Todd Harvey
Whatley Drake & Kallas, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Michael K. Johnson
Goldenberg & Johnson, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402

James R. Keller
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Michael A. London
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038

Kristin Marie Lucey
Gillin, Jacobson, Ellis & Larsen
2 Theatre Square, Suite 230
Orinda, CA 94563

Melanie H. Muhlstock
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402

Susan M. Sharko
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Joe R. Whatley, Jr.
Whatley Drake & Kallas, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35203-4601

## INVOLVED JUDGES LIST (CTO-25)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Honorable Joseph F. Anderson, Jr.
Chief Judge
United States District Court
Matthew J. Perry Jr. U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Frederic Block
Senior U.S. District Judge U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Larry M. Boyle
U.S. Magistrate Judge
U.S. Courthouse, Room 630
550 West Fort Street, MSC 040
Boise, ID 83724

Hon. Wayne D. Brazil
U.S. Magistrate Judge
Ronald V. Dellums Federal Building
1301 Clay Street, 3rd Floor
Oakland, CA 94612-5217

Hon. Charles R. Butler, Jr.
Senior U.S. District Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street, 4th Floor
Mobile, AL 36602-3606

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Nina Gershon
U.S. District Judge
1429 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P.O. Box 999
Newark, NJ 07101-0999

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Stephen G. Larson
U.S. District Judge
260 George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501

Hon. John Daniel Tinder
U.S. District Judge
304 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Stephen V. Wilson
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

## INVOLVED CLERKS LIST (CTO-25)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse, MSC 039
550 West Fort Street
Boise, ID 83724

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Laura A. Briggs, Clerk
105 Birch Bayh Federal Bldg. & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102